**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ERIN L. BUTLER                                                                                         PLAINTIFF

v.                                         NO. 4:13CV00694 JLH

CAROLYN A. COLVIN, Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 2nd day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE