**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ERIN L. BUTLER                                                                    PLAINTIFF

v.                                         NO. 4:13CV00694 JLH

CAROLYN A. COLVIN, Acting Commissioner,
Social Security Administration                                           DEFENDANT

**<u>JUDGMENT</u>**

Pursuant to the Order filed in this matter this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of February, 2015.


_____
UNITED STATES DISTRICT JUDGE